UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60221

21 U.S.C. § 846
21 U.S.C. § 853

CR - HURLEY

UNITED STATES OF AMERICA

vs.

DAVID ENRIQUE COCCO,
    a/k/a/ "Kid,"
    a/k/a "Diego Gomez,"
LEMUEL APONTE-RAMOS,
    a/k/a "Jose Suarez,"
    a/k/a "Richard Marrero,"
    a/k/a "Primo,"
    a/k/a "Nanet," and
SEGUNDO GUTIERREZ, JR.,
    a/k/a "Boliche,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in and around January 2011, the exact date being unknown to the Grand Jury, and continuing through on or about June 29, 2011, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**DAVID ENRIQUE COCCO,**
a/k/a "Kid,"
a/k/a "Diego Gomez,"
**LEMUEL APONTE-RAMOS,**

a/k/a "Jose Suarez,"  
a/k/a "Richard Marrero,"  
a/k/a "Primo,"  
a/k/a "Nanet," and  
**SEGUNDO GUTIERREZ, JR.,**  
a/k/a "Boliche,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about April 20, 2011, in Broward County, in the Southern District of Florida, the defendants,

**DAVID ENRIQUE COCCO,**  
a/k/a "Kid,"  
a/k/a "Diego Gomez,"  
**LEMUEL APONTE-RAMOS,**  
a/k/a "Jose Suarez,"  
a/k/a "Richard Marrero,"  
a/k/a "Primo,"  
a/k/a "Nanet," and  
**SEGUNDO GUTIERREZ, JR.,**  
a/k/a "Boliche,"

2

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## FORFEITURE ALLEGATIONS

1.  The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which one or more of the defendants have an interest.

2.  Upon conviction of any violation of Title 21, United States Code, Section 846, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used, in any manner or part, to commit or to facilitate the commission of said violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DAVID ENRIQUE COCCO, et al.,

        **Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | |
|---|---|
| New Defendant(s) | Yes _____ No _____ |
| Number of New Defendants | _____ |
| Total number of counts | _____ |

**Court Division**: (Select One)

_____ Miami  _____ Key West
__X__ FTL  _____ WPB  _____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **No**
   List language and/or dialect

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | __X__ | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | _____ | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | Felony | __X__ |
   | V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  **No**
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __N/A__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                                            _____
                                            YVONNE RODRIGUEZ-SCHACK
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No. 794686

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DAVID ENRIQUE COCCO, a/k/a "Kid," a/k/a "Diego Gomez"

**Case No:** _____

Count #: 1

  Conspiracy to possess with intent to distribute heroin and cocaine

  Title 21, United States Code, Section 846

**\* Max. Penalty:**    Life Imprisonment

Count #: 2

  Attempt to possess with intent to distribute heroin

  Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** LEMUEL APONTE-RAMOS, a/k/a "Jose Suarez," a/k/a "Richard Marrero," a/k/a "Primo," a/k/a "Nanet"

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute heroin and cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty:** Life Imprisonment

Count #: 2

Attempt to possess with intent to distribute heroin

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SEGUNDO GUTIERREZ, JR., a/k/a "Boliche"

**Case No:** _____

Count #: 1

   Conspiracy to possess with intent to distribute heroin and cocaine

   Title 21, United States Code, Section 846

**\* Max. Penalty:**   Life Imprisonment

Count #: 2

   Attempt to possess with intent to distribute heroin

   Title 21, United States Code, Section 846

**\*Max. Penalty:**   Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.